978

No. 98–404. DEPARTMENT OF COMMERCE ET AL. v. UNITED STATES HOUSE OF REPRESENTATIVES ET AL. Appeal from D. C. D. C. Motion of the parties to expedite consideration and to expedite the briefing schedule granted. Probable jurisdiction noted. Briefs of appellants and intervenor-respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, October 6, 1998. Briefs of appellees are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 3, 1998. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 17, 1998. This Court's Rule 29.2 does not apply. Oral argument is set for Monday, November 30, 1998.

September 14, 1998

No. A–31 (O. T. 1998). ELLIS v. ILLINOIS. Sup. Ct. Ill. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. A–186 (98–5864). STRICKLER v. GREENE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

September 17, 1998

No. 98–5572. RIVERA v. ALLIN ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.